## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| JOSÉ RAMÍREZ DE ARELLANO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  3:21-cv-01195-GAG |
| THE FEDERAL AVIATION ADMINISTRATION; UNITED STATES OF AMERICA; DR. MICHAEL BERRY in his capacity as officer of the F.A.A. and in his personal capacity; DR. SUSAN NORTHRUP in her capacity as officer of the F.A.A. and in her personal capacity; JOHN DOE; X, Y, Z INSURANCE COMPANIES | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF RUSSELL B. CHRISTENSEN

I, RUSSELL B. CHRISTENSEN, do hereby declare:

1.      I am the Assistant Chief Counsel for the Litigation and General Law Division in the Office of the Chief Counsel, Federal Aviation Administration (FAA).  My office is located at the Wilbur Wright Federal Building, 2nd Floor, 600 Independence Avenue, S.W., Washington, D.C. 20591.  An alternate mailing address for my office is 800 Independence Avenue, S.W., Washington, D.C. 20591.

**DECLARATION OF RUSSELL B. CHRISTENSEN**                                                    **Page 1**

2.      I am responsible for the supervision of all tort claims litigation involving the FAA, including the coordination of all administrative claims presented to the FAA under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401, *et. seq.*

3.      That 28 U.S.C. §§ 1346(b) and 2675(a) require the presentment of an administrative claim to the appropriate federal agency before any lawsuit can be maintained against the United States under the FTCA.  Presentment occurs when the agency receives the claim.  14 C.F.R. § 15.3(a).

4.      Pursuant to 14 C.F.R. § 15.3(b), any administrative claim presented to the FAA is required to be delivered or mailed to my office or the office of the appropriate FAA Regional Counsel.  Per FAA policy, any administrative claim received by a Regional Counsel's Office in excess of $25,000 is forwarded to my office for processing.

5.      I have caused a search to be made of the administrative claims on file at my office and our small claims office for any claim filed by or on behalf of Mr. Jose Ramirez De Arellano.  That search revealed that no claims have been filed by or on behalf of Mr. Jose Ramirez De Arellano.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2021.

_____
RUSSELL B. CHRISTENSEN
Assistant Chief Counsel
  for Litigation
Federal Aviation Administration
Washington, D.C.  20591
(202) 267-0283